

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00598-CV

Sam Edward **DRAPER**,
Appellant

v.

Julie A. **MOGENIS**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12724B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

A filing fee of $205.00 was due from appellant Sam Edward Draper when this appeal was filed but it was not paid. The clerk of the court notified appellant of this deficiency in a letter dated September 23, 2015. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides as follows:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant, **not later than October 26, 2015** to either (1) pay the applicable filing fee or (2) provide written proof to this court that he/she/it is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.



Keith E. Hottle
Clerk of Court